```
1  JEANINE B. NADEL, County Counsel SBN 6106996
   DOUGLAS L. LOSAK, Deputy   SBN 220443
2  County of Mendocino - Administration Center
   501 Low Gap Rd., Rm. 1030
3  Ukiah, CA 95482

4  Telephone: (707) 463-4446
   Facsimile: (707) 463-4592
5
   Attorneys for Defendants
6  County of Mendocino, County of
   Mendocino Sheriff's Department
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| THOMAS ANDERSON, | ) No. C 01-03471 MHP |
|---|---|
| Plaintiff, | ) STIPULATION OF PARTIES TO |
|  | ) ENLARGE TIME TO ALLOW |
| vs. | ) DEFENDANTS TO OPPOSE MOTION |
|  | ) TO AMEND COMPLAINT |
| CHARLES WARNER, COUNTY OF | ) |
| MENDOCINO, COUNTY OF MENDOCINO | ) |
| SHERIFF'S DEPARTMENT, | ) |
|  | ) |
| Defendants. | ) |

### RECITALS

1. The current due date for filing oppositions to plaintiff's motion to amend complaint is May 14, 2007. The parties are requesting a one-week extension to May 21, 2007

2. The parties have been involved in settlement negotiations in this matter and believe they are very close to reaching an agreement. The requested extension of time will allow these negotiations to proceed.

3. There have been no previous time modifications on this issue.

4. The requested extension of time will affect the schedule of the case only to the extent that if negotiations succeed, there will be no need for plaintiff to amend his complaint.

///

///

-1-
**STIPULATION OF PARTIES TO ENLARGE TIME TO ALLOW DEFENDANTS TO OPPOSE MOTION TO AMEND COMPLAINT**

**STIPULATION**

In consideration of the foregoing Recitals, the parties, by and through their respective attorneys, hereby stipulate as follows:

The deadline for defendants to file oppositions to plaintiff's motion to amend complaint will be extended from its current date of May 14, 2007 to May 21, 2007.

Dated: 5/14, 2007         JEANINE B. NADEL, County Counsel

                          by: _____
                          DOUGLAS L. LOSAK, Deputy
                          Attorneys for Defendants County of Mendocino,
                          Mendocino County Sheriff's Office

Dated: _____, 2007   LAW OFFICES OF DUNCAN M. JAMES

                          by: _____
                          C. DAVID EYSTER
                          Attorneys for Defendant Charles Warner

Dated: _____, 2007   LAW OFFICES OF WILLIAM E. WEISS

                          by: _____
                          WILLIAM E. WEISS
                          Attorney for Plaintiff Thomas Anderson

**ORDER**

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for defendants to file oppositions to plaintiff's motion to amend complaint will be extended from May 14, 2007 to May 21, 2007.

Dated: May 15, 2007       _____
                          MARILYN H. PATEL
                          United States District Court Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION OF PARTIES TO ENL...
OPPOSE MOTION T...

May 14 07 01:57p    Duncan James Law Office         (707)468-0453        p.3
05/11/2007  16:38   7074634592          MENDOCINO CO COUNSEL       PAGE  03

## STIPULATION

1  In consideration of the foregoing Recitals, the parties, by and through their respective attorneys, hereby stipulate as follows:

The deadline for defendants to file oppositions to plaintiff's motion to amend complaint will be extended from its current date of May 14, 2007 to May 21, 2007.

Dated: _____, 2007          JEANINE B. NADEL, County Counsel

by: _____
DOUGLAS L. LOSAK, Deputy
Attorneys for Defendants County of Mendocino,
Mendocino County Sheriff's Office

Dated: 5/14, 2007          LAW OFFICES OF DUNCAN M. JAMES

by: *C. David Eyster* (signature)
C. DAVID EYSTER
Attorneys for Defendant Charles Warner

Dated: _____, 2007          LAW OFFICES OF WILLIAM E. WEISS

by: _____
WILLIAM E. WEISS
Attorney for Plaintiff Thomas Anderson

## ORDER

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for defendants to file oppositions to plaintiff's motion to amend complaint will be extended from May 14, 2007 to May 21, 2007.

Dated: _____, 2007

_____
MARILYN H. PATEL
United States District Court Judge

-2-
STIPULATION OF PARTIES TO ENLARGE TIME TO ALLOW DEFENDANTS TO OPPOSE MOTION TO AMEND COMPLAINT

```
05/11/2007  17:17    4153622405              LAW OFFICES                    PAGE  03/03
   05/11/2007  16:39    7074634592           MENDOCINO CO COUNSEL            PAGE  03/03
```

## STIPULATION

In consideration of the foregoing Recitals, the parties, by and through their respective attorneys, hereby stipulate as follows:

The deadline for defendants to file oppositions to plaintiff's motion to amend complaint will be extended from its current date of May 14, 2007 to May 21, 2007.

Dated: _____, 2007        JEANINE B. NADEL, County Counsel

by: _____
DOUGLAS L. LOSAK, Deputy
Attorneys for Defendants County of Mendocino,
Mendocino County Sheriff's Office

Dated: _____, 2007        LAW OFFICES OF DUNCAN M. JAMES

by: _____
C. DAVID EYSTER
Attorneys for Defendant Charles Warner

Dated: 5/11, 2007              LAW OFFICES OF WILLIAM E. WEISS

by: _____
WILLIAM E. WEISS
Attorney for Plaintiff Thomas Anderson

## ORDER

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for defendants to file oppositions to plaintiff's motion to amend complaint will be extended from May 14, 2007 to May 21, 2007.

Dated: _____, 2007        _____
MARILYN H. PATEL
United States District Court Judge

-2-
STIPULATION OF PARTIES TO ENLARGE TIME TO ALLOW DEFENDANTS TO
OPPOSE MOTION TO AMEND COMPLAINT