WILLIAM E. WEISS (SBN 73108)
LAW OFFICES OF WILLIAM E. WEISS
130 Sutter Street 7th Floor
San Francisco, CA  94104
Telephone:    (415) 362-6765
Facsimile      (415) 362-2405

Attorney for Plaintiff,
THOMAS ANDERSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ANDERSON, | No. C 01-03471 MHP |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| | **(Fed R Civ P 41(a)(1))** |
| vs. | |
| CHARLES WARNER, individually and in his official capacity; COUNTY OF MENDOCINO, a public entity; COUNTY OF MENDOCINO SHERIFF'S DEPARTMENT, a public entity, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), by and between Plaintiff Thomas Anderson and Defendants County of Mendocino and County of Mendocino Sheriff's Department, as follows:

1.      This action commenced on September 13, 2001.

2.      This action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3.      Pursuant to the affirmation of the district court's grant of summary judgment as to these defendants by the United States Court of Appeals for the Ninth Circuit and this Court's denial of Plaintiff's Motion to Amend Complaint, this action is hereby dismissed with prejudice

_____-1-_____
**STIPULATION OF DISMISSAL**
**(Fed R Civ P 41(a)(1))**

as to Defendants County of Mendocino and County of Mendocino Sheriff's Department only, with each side to bear its own attorney's fees and costs.

Dated: October 29, 2007          LAW OFFICES OF WILLIAM E. WEISS

                                   by: /s/
                                         WILLIAM E. WEISS
                                         Attorney for Plaintiff Thomas Anderson

Dated: October 30, 2007          JEANINE B. NADEL, County Counsel

                                   by: /s/
                                         DOUGLAS L. LOSAK, Deputy
                                         Attorneys for Defendants County of Mendocino,
                                         Mendocino County Sheriff's Office

## **ORDER**

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is dismissed with prejudice as to Defendants County of Mendocino and County of Mendocino Sheriff's Department only, with each side to bear its own attorneys' fees and costs.

Dated: 10/31, 2007

                                                MARILYN H. PATEL
                                               United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel (United States District Court, Northern District of California seal)*